**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-03019-CMA-KMT

LESLEE FOWLER,

      Plaintiff,

v.

BUDGET CONTROL SERVICES, INC. And
DOES 1-10,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulation Of Dismissal (Doc. # 23) signed by the attorneys for the parties hereto, it is

      ORDERED that the Complaint and cause of action are dismissed with prejudice

and without costs to any party.

      DATED:  August __05__, 2011

                                   BY THE COURT:

                                   _____
                                   CHRISTINE M. ARGUELLO
                                   United States District Court Judge